# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| KEVIN D. OWENS, | ) |
|     Plaintiff, | ) |
| vs. | )    No. 21-2041-MSN-tmp |
| AMY WEIRICH, | ) |
|     Defendant. | ) |

## SUPPLEMENTAL ORDER

On September 16, 2021, the Court entered an Order Modifying The Docket, Dismissing The Complaint Without Prejudice In Part And Dismissing It With Prejudice In Part, and Granting Leave To Amend. (ECF No. 5 (the "Screening Order").) If Plaintiff Kevin D. Owens chooses to amend his complaint as allowed under the Screening Order, Owens shall file his amended claims **ON OR BEFORE MARCH 12, 2022** and in accordance with the conditions described in the Screening Order. (*See id*. at PageID 21–22.)

If Owens fails to amend his complaint on or before March 12, 2022, the Court will dismiss this case and enter judgment. The Court recommends that any such dismissal of this case be treated as a strike pursuant to 28 U.S.C. § 1915(g). *See Simons v. Washington*, No. 20-1406, 2021 WL 1727619, at *1 (6th Cir. May 3, 2021).

**IT IS SO ORDERED** this 2nd day of March, 2022.

                                              *s/ Mark Norris*
                                              MARK S. NORRIS
                                              UNITED STATES DISTRICT JUDGE