**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

KEVIN D. OWENS,

      Plaintiff,

v.                                                     No. 2:21-cv-02041-MSN-tmp

AMY WEIRICH, et al,

      Defendants.

## ORDER OF DISMISSAL

Plaintiff Kevin D. Owens ("Plaintiff") filed his *pro se* Complaint on January 15, 2021, in which he sought relief under 42 U.S.C. § 1983. (ECF No. 1.) On January 20, 2021, the Court granted Plaintiff permission to proceed *in forma pauperis* and explained that should he be "transferred to a different prison or released, he is ORDERED to notify the Court immediately, in writing, of his change of address" lest he face sanctions to include, potentially, dismissal of this action. (ECF No. 4 at PageID 11.) On September 16, 2021, the Court dismissed the *pro se* Complaint without prejudice and granted Plaintiff leave to amend in accordance with certain instructions. (ECF No. 5 at PageID 22.) On March 2, 2022, the Court ordered Plaintiff to file his amended claims on or before March 12, 2022 and advised that his failure to do so would result in dismissal of his case. (ECF No. 6 at PageID 23.) After receiving a letter from Plaintiff, (ECF No. 7), the Court extended the March 2, 2022 deadline until June 10, 2022 based on his "good faith pursuit of materials to prosecute his claims, and . . . *pro se* status." (ECF No. 8 at PageID 27.) Plaintiff's failure to timely amend his complaint by July 11, 2022, coupled with his failure to

apprise the Court in writing of his updated address after release, (*see* ECF No. 9), constitute good grounds to dismiss his lawsuit for failure to prosecute under Fed. R. Civ. P. 41(b).  (*See* ECF No. 8 at PageID  27.)  Therefore, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED** this 11th day of July, 2022.

*s/ Mark Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE