IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

KEVIN D. OWENS,

    Plaintiff,

v.                                                                                                               No. 2:21-cv-02041-MSN-tmp

AMY WEIRICH, et al,

    Defendants.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's *pro se* Complaint, (ECF No. 1), filed January 15, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, filed July 11, 2022, (ECF No. 10), settling this matter between the parties and dismissing all claims against Defendants without prejudice under Fed. R. Civ. P. 41(b), all claims against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

July 11, 2022
Date